ACCEPTED
01-15-00326-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 5:48:42 PM
CHRISTOPHER PRINE
CLERK

**No. 01-15-00326-CV**

IN THE COURT OF APPEALS
FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/8/2015 5:48:42 PM

CHRISTOPHER A. PRINE
Clerk

DON ABBOTT HOLMES, GAYLE EISLER HOLMES, and the COMMUNITY PROPERTY
ESTATE OF DON ABBOTT HOLMES and GALE EISLER HOLMES,

V.

JETALL COMPANIES, INC.

On Appeal from the 127th Judicial District Court
Harris County, Texas

APPELLEE'S MOTION TO EXTEND TIME

Lee Keller King
Texas Bar No. 00792016
2500 West Loop South
Suite 255
Houston, Texas 77027
(713) 789-7654
(713) 789-3331 fax
Lee.k@jetallcompanies.com

*Attorney for Appellee*

<u>**APPELLEE'S MOTION TO EXTEND TIME**</u>

Appellee, Jetall Companies, Inc., asks the Court to extend the time to file its Appellee's Brief, and would show as follows.

### A.  Introduction

1.      Appellants are Don Abbott Holmes, Gayle Eisler Holmes, and The Community Property Estate Of Don Abbott Holmes and Gale Eisler Holmes.  Appellee is Jetall Companies, Inc.

2.      This motion is filed before the deadline for Appellee to file its Appellee's Brief.

3.      Counsel for Appellants has agreed to the granting of the relief sought in this motion.

### B.  Argument & Authorities

4.      The Court may grant an extension of time under the authority of Rule 38.6(d) of the Texas Rules of Appellate Procedure.

5.      The deadline to file Appellee's Brief is September 9, 2015 and this motion is filed prior to that date.

6.      Appellee requests an additional 30 days to file its Appellee's Brief, extending the time until Friday, October 9, 2015.

7.      No extension has been granted to extend the time to file Appellee's Brief.

8.      The Court has previously been granted a 30-day extension to file their Appellants' Brief.

9.      Appellee needs additional time to file Appellee's Brief because of difficulties in obtaining appellate counsel.

## C. Conclusion

10.    Appellee has shown that Appellants are agreed to the granting of this motion, the Court has the authority to grant Appellee an extension, that no previous extension has been granted and there is good cause to grant the requested extension.

## D. Prayer

11.    For these reasons, Appellee asks the Court to grant an extension of time to file Appellee's Brief until Friday, October 9, 2015.

/s/Lee Keller King
Texas Bar No. 00792016
2500 West Loop South
Suite 255
Houston, Texas 77027
(713) 789-7654
(713) 789-3331 fax
Lee.k@jetallcompanies.com

*Attorney for Appellee*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Mr. Martin J. Siegel, counsel for Appellants, by telephone on September 8, 2015, and he has agreed and is unopposed to the forgoing Appellee's Motion to Extend Time.

/s/ Lee Keller King

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the forgoing motion on all counsel of record, as listed below, via electronic service on September 8, 2015.

/s/ Lee Keller King

Martin J. Siegel
Texas State Bar No. 18342125
LAW OFFICES OF MARTIN J. SIEGEL, P.C.
Bank of America Center
700 Louisiana Street, Suite 2300
Houston, TX 77002
Tel.: (713) 226-8566
Martin@siegelfirm.com

Geoffrey Berg
Texas Bar No. 00793330
BERG FELDMAN JOHNSON
BELL, LLP
4203 Montrose Blvd., Suite 150
Houston, Texas 77006
Tel.: (713) 526-0200
Gberg@bfjblaw.com